**No. 09-1005. Linda Puglisi, et al., Petitioners v. Robert L. Pavone, et al.**

559 U.S. 1092, 130 S. Ct. 2377, 176 L. Ed. 2d 767, 2010 U.S. LEXIS 3493.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 353 Fed. Appx. 622.